IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SECURITIES LITIGATION | Master File No. 1:12-cv-03852-GBD |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Christopher M. Viapiano, executed June 11, 2013, and the exhibits attached thereto, defendants JPMorgan Chase & Co., James Dimon, Michael J. Cavanagh, Douglas L. Braunstein, Ina R. Drew and Barry L. Zubrow, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order dismissing the Second Amended Consolidated Class Action Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court may deem just and proper.

Dated:  June 11, 2013

        Respectfully submitted,

        <u>s/ Daryl A. Libow</u>
        Daryl A. Libow (libowd@sullcrom.com)
        Christopher M. Viapiano
        (viapianoc@sullcrom.com)
        SULLIVAN & CROMWELL LLP
        1701 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone:  (202) 956-7500
        Facsimile:  (202) 956-6973

        Richard C. Pepperman, II
        (peppermanr@sullcrom.com)
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York 10004
        Telephone:  (212) 558-4000
        Facsimile:  (212) 291-9113

        *Counsel for Defendants*

-1-

## CERTIFICATE OF SERVICE

I, Christopher M. Viapiano, hereby certify that copies of:

the Notice of Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint;

Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Consolidated Class Action Complaint; and

the Declaration of Christopher M. Viapiano in Further Support of Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint and the exhibits thereto

were filed with the Court's ECF system, which will send copies electronically to all counsel that have appeared in this action and registered with such system.

Dated: Washington, D.C.
June 11, 2013

                                                                  s/ Christopher M. Viapiano
                                                                   Christopher M. Viapiano