2029567623                                                    16:25:58   02-19-2015        2 /2

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED:  2                   │
└─────────────────────────────────┘
```

February 19, 2015        **SO ORDERED**

<u>Via Facsimile</u>

FEB 2 0 2015    The conference is adjourned to
May 28, 2015 at 9:30 a.m.

The Honorable George B. Daniels,
      Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street,
                  New York, New York 10007-1312.

*George B. Daniels*

**HON. GEORGE B. DANIELS**

> Re:   *In re JPMorgan Chase & Co. Sec. Litig.*, No. 1:12-cv-03852-GBD
>       (S.D.N.Y.):  Conference Scheduled for February 24, 2015

Dear Judge Daniels:

      We represent defendants in the above-referenced action.  We write on behalf of all parties and further to a conversation that Andrew Zivitz, counsel to plaintiffs, and I had today with your Chambers regarding adjournment of the status conference currently scheduled for February 24, 2015.  When that conference originally was scheduled, the scheduling order provided for the close of fact discovery on February 16, 2015.  The schedule has since been extended by agreement of the parties and order of the Court, and fact discovery now concludes on May 18, 2015.  Accordingly, the parties request that the conference scheduled for February 24 be adjourned until sometime after May 18.  If it is convenient for the Court, counsel for the parties are available the week of June 1, 2015.

      This is the parties' first request for an adjournment of this conference.  Its adjournment will not affect other scheduled dates.

      Counsel for plaintiffs and defendants are available at the convenience of the Court.

                                          Respectfully submitted,

                                          Christopher M. Viapiano

cc:   *All Counsel (via email)*