PREET BHARARA
United States Attorney for the
Southern District of New York
By:     MICHAEL FERRARA
        DANIEL S. GOLDMAN
Assistant United States Attorneys
One Saint Andrew's Plaza
New York, New York 10007
Tel.: 212-637-2526
Fax: 212-637-0083
E-mail:  michael.ferrara@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE JPMORGAN CHASE & CO. SECURITIES LITIGATION. | : | **NOTICE OF MOTION** |
| | : | 12 Civ. 3852 (GBD) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case <u>United States v. Martin-Artajo & Grout</u>, 13 Cr. 707 (LGS) (the "criminal action"); and the accompanying memorandum of law, the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, will move this Court for an order (1) permitting the United States to intervene in the above-captioned case, pursuant to Federal Rule of Civil Procedure 24; and (2) staying depositions, interrogatories, requests for admission, and production of transcripts of testimony and notes of interviews with, and any form of discovery that would create statements of, any person whom the Government

asserts may be called as a witness in the criminal action, until the conclusion of the criminal action, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
      March 24, 2015

    PREET BHARARA
    United States Attorney

By:   /s/ MICHAEL FERRARA
      MICHAEL FERRARA
      DANIEL S. GOLDMAN
      Assistant U.S. Attorneys
      212-637-2526