UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SECURITIES LITIGATION | Master File No. 1:12-cv-03852-GBD<br>CLASS ACTION |

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT

Court-appointed Lead Plaintiffs Ohio Public Employees Retirement System, Arkansas Teacher Retirement System, the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, and Sjunde AP-Fonden (collectively, "Lead Plaintiffs"), on behalf of themselves and the Class consisting of all persons and entities who purchased or otherwise acquired JPMorgan Chase & Co. common stock during the period from April 13, 2012 through May 21, 2012, inclusive and who were damaged thereby, hereby move the Court for an order (a) preliminarily approving the class action settlement; (b) approving the manner and form of notice; and (c) setting a date for a final fairness hearing in the above-captioned matter.

This Motion is based upon the accompanying Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the supporting Declaration of Jeff A. Almeida.

Dated:  December 18, 2015                              Respectfully Submitted,

| **GRANT & EISENHOFER P.A.** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **KESSLER TOPAZ MELTZER & CHECK LLP** |
|---|---|---|
| s/ Daniel L. Berger<br>Jay W. Eisenhofer<br>Daniel L. Berger<br>Jeffrey A. Almeida<br>485 Lexington Avenue<br>New York, NY 10017<br>Telephone: (646) 722-8505<br>Facsimile: (302) 622-7004<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jalmeida@gelaw.com | s/ Salvatore Graziano<br>Salvatore Graziano<br>John Rizio-Hamilton<br>Jonathan Uslaner<br>1251 Avenue of the Americas<br>44th Floor<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>salvatore@blbglaw.com<br>johnr@blbglaw.com<br>jonu@blbglaw.com | s/ David Kessler<br>David Kessler<br>Andrew L. Zivitz<br>Matthew L. Mustokoff<br>Johnston de F. Whitman, Jr.<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>dkessler@ktmc.com<br>azivitz@ktmc.com<br>mmustokoff@ktmc.com<br>jwhitman@ktmc.com |

*Co-Lead Counsel for Lead Plaintiffs and the Class*

*Additional Counsel:*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Keith Ketterling
Keith Dubanevich
209 Southwest Oak Street
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
KKetterling@stollberne.com
KDubanevich@stollberne.com

*Special Assistant Attorneys General and Counsel the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund*