UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE JPMORGAN CHASE & CO.
SECURITIES LITIGATION

ORDER
12 Civ. 03852 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

A hearing on preliminary approval of the parties' proposed class action settlement is scheduled for January 19, 2016 at 10:15 AM.

Dated: January 4, 2016
New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge