# EXHIBIT 8

| Case | Case No. (Court) | Outcome | Relevant Dkt. Entries |
|---|---|---|---|
| *Larsen v. Trader Joe's Co.* | 11-cv-05188-WHO (N.D. Cal.) | Withdrew objection. | ECF Nos. 97; 117 |
| *In re AIG, Inc. 2008 Sec. Litig.* | 08-cv-04772-LTS-DCF (S.D.N.Y.) | Objection overruled, Brown appealed. Appeal voluntarily dismissed. | ECF Nos. 477; 515; 517; 519; 529 |
| *In re Verifone Holdings Securities Litigation* | 07-cv-06140-EMC (N.D. Cal.) | Objection overruled, Brown appealed. Appeal voluntarily dismissed. | ECF Nos. 334; 370; 373 |
| *In re Sanofi-Aventis Securities Litigation* | 07-cv-10279-GBD-FM (S.D.N.Y.) | Objection overruled, Brown appealed. Appeal dismissed for failure to pay filing fee. | ECF Nos. 273; 282; 285; 286 |
| *In re Sunpower Securities Litigation* | 09-cv-05473-RS (N.D. Cal.) | Withdrew objection. | ECF Nos. 265; 265 |
| *Dobina v. Weatherford International Ltd.* | 11-cv-01646-LAK-JCF (S.D.N.Y) | Objection overruled, Brown appealed. Appeal dismissed for failure to timely file forms. | ECF Nos. 261; 271; 282; 283; 286; 287 |
| *Freedman v. Weatherford International Ltd.* | 12-cv-02121-LAK-JCF (S.D.N.Y.) | Withdrew objection. | ECF Nos. 206; 217 |
| *In re Celestica Inc. Securities Litigation* | 07-cv-00312-GBD-MHD (S.D.N.Y.) | Objection overruled. | ECF Nos. 264-1; 267 |
| *Kardonick, John David, Michael Clemins v. J.P. Morgan Chase Co.* | 10-cv-23235 (S.D. Fla.) | Objection overruled, Brown appealed. Appeal voluntarily dismissed. | ECF Nos. 352; 384; 389; 450 |
| *In re ITT Educational Services, Inc. Securities Litigation* | 13-cv-1620-JPO (S.D.N.Y.) | Withdrew objection. Court considered objections and found them to be "without merit." | ECF Nos. 89; 94; 95 |