# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 9 2016

IN RE JPMORGAN CHASE &
CO. SECURITIES
LITIGATION

Master File No. 1:12-cv-03852-GBD

## NOTICE OF APPEAL

Jeff M. Brown
750 South Dixie Highway
Boca Raton, FL 33432
Phone: (561)-395-0000
Fax: (561) 395-9093
Email: jbrown@lavallebrown.com
cmartin@lavallebrown.com

Notice is hereby given that Class Member/Objector Jeff Brown, Pro Se appeals to the United States Court of Appeals for the Second Circuit from the Order Approving Plan of Allocation of Net Settlement Funds (Dkt. #210) entered in this action on May 10, 2016, Order Awarding of Attorneys' Fees and Reimbursement of Litigation Expenses (Dkt. #211) entered in this action on May 10, 2016 and Judgment Approving Class Action Settlement (Dkt. #212) entered in this action on May 10, 2016. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: June 8, 2016

respectfully submitted,

Jeff M. Brown, Pro Se
750 South Dixie Highway
Boca Raton, FL 33432
Phone: (561) 395-0000
Fax: (561) 395-9093
Email: jbrown@lavallebrown.com
cmartin@lavallebrown.com

## PROOF OF SERVICE

I hereby certify that on this day I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S.P.O. overnight delivery system to the Clerk of Courts of the United States District Court for the Southern District of New York at the Clerk of Courts address included in the Legal Notice of Settlement in this action and as listed below. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I caused to be mailed via U.S. First Class this Notice of Appeal to the parties listed below at the corresponding addresses. Finally, I served the counsel listed below via email to the email addresses indicated in their law firm's website:

**Clerk's Office**

United States District Court
Southern District of New York
Clerk of Courts
United States Courthouse
500 Pearl Street
New York, NY 10007

**Co-Lead Counsel**

Bernstein Litowitz Berger & Grossmann LLP
Salvatore J. Graziano, Esq.
1251 Avenue of the Americas
44th Floor
New York, NY 10020

Grant & Eisenhofer P.A.
Daniel L. Berger, Esq.
485 Lexington Avenue
New York, NY 10017

Kessler Topaz Meltzer & Check, LLP
Andrew L. Zivitz, Esq.

280 King of Prussia Road
Radnor, PA 19087

**Defendants' Counsel**

Sullivan & Cromwell LLP
Richard C. Pepperman, II, Esq.
125 Broad Street
New York, NY 10004-2498

_____
Jeff M. Brown, Pro Se
Jbrown@lavallebrown.com
cmartin@lavallebrown.com

# PRIORITY MAIL EXPRESS

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
MADISON, WI
53711
JUN 08, 16
AMOUNT
**$22.95**
R2304M114072-01

1007

EL 080 506 545 US

## PRIORITY MAIL EXPRESS INTERNATIONAL USE

### ORIGIN (POSTAL SERVICE USE ONLY)

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO | Postage $22.95 |
| PO ZIP Code 53711 | Scheduled Delivery Date 06/09/16 | Scheduled Delivery Time ☒ 10:30 AM ☐ 3:00 PM | | Insurance Fee $ |
| Date Accepted 06/08/16 | | ☐ 12 NOON | 10:30 AM Delivery Fee $ | Return Receipt Fee $ |
| Time Accepted 3:31 ☐ AM ☒ PM | Weight 0 lbs 2 ozs ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Acceptance Employee Initials | Total Postage & Fees $22.95 |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY

### CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )
JEFF BROWN
700 S. Dixie Hwy
Boca Raton, FL 33432

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )
UNITED STATES DIST. CT. OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
CLERK OF COURT
NEW YORK, NY 10007

ZIP+4 10007

Appeals unit 6-10-16

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE




EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

RECEIVED
2016 JUN 10 AM 11:15

This envelope is made from post-consumer waste. Please recycle – again.

English    Customer Service    USPS Mobile      Register / Sign In



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: EL080505645US

Scheduled Delivery Day: Thursday, June 9, 2016, 12:00 pm
Money Back Guarantee
Signed for By: H EDMONDSON // NEW YORK, NY 10007 // 11:42 am

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™
**Features:** Insured — Up to $100 insurance included — Restrictions Apply    PO to Addressee

## Available Actions

Proof of Delivery

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 9, 2016, 11:42 am | Delivered, Front Desk/Reception | NEW YORK, NY 10007 |
| June 9, 2016, 10:17 am | Arrived at Post Office | NEW YORK, NY 10007 |
| June 9, 2016, 8:43 am | Arrived at USPS Destination Facility | NEW YORK, NY 10199 |
| June 8, 2016, 7:52 pm | Departed USPS Facility | MADISON, WI 53714 |
| June 8, 2016, 7:12 pm | Arrived at USPS Origin Facility | MADISON, WI 53714 |
| June 8, 2016, 6:35 pm | Departed Post Office | MADISON, WI 53711 |
| June 8, 2016, 5:51 pm | Acceptance | MADISON, WI 53711 |

## Track Another Package

**Tracking (or receipt) number**

[                                                    ] Track It

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

Sign up for My USPS ›

