UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
IN RE JPMORGAN CHASE & CO.          :       ORDER
SECURITIES LITIGATION               :       12 Civ. 03852 (GBD)
:
:
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Lead Plaintiffs' Motion that this Court issue an Order Requiring Posting of an Appeal Bond pursuant to Fed. R. App. P. 7 by objector-appellant Jeffrey M. Brown is DENIED.

The Clerk of the Court is instructed to close the motion at ECF No. 217.

Dated: October 3, 2016
       New York, New York

SO ORDERED:

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge