UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

IN RE JPMORGAN CHASE & CO.    :    ORDER
SECURITIES LITIGATION         :    12 Civ. 03852 (GBD)

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Lead Plaintiffs' Motion that this Court issue an Order Requiring Posting of an Appeal Bond pursuant to Fed. R. App. P. 7 by objector-appellant Jeffrey M. Brown is DENIED.

The Clerk of the Court is instructed to close the motion at ECF No. 217.

Dated: October 3, 2016
       New York, New York

                                SO ORDERED:

                                _____
                                GEORGE B. DANIELS
                                United States District Judge